**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

TUMULY GIKO,

              Respondent

          v.

JAMES CALGIANO,

              Petitioner

:  No. 225 MAL 2023
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

     **AND NOW**, this 4th day of October, 2023, the Petition for Allowance of Appeal is **DENIED**.